IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD B. BAYSON,<br><br>            Plaintiff,<br><br>vs.<br><br>SOUTHEAST COMMUNITY COLLEGE, et al.,<br><br>            Defendants. | 8:25-CV-575<br><br>STRIKE ORDER |

The plaintiff's brief (filing 51) in support of his motion for preliminary injunction (filing 44) is moot, as that motion has already been denied. *See* filing 49. It is also the second reply brief he's filed in support of his motion. *See* filing 48. Having filed one reply brief, he was not entitled to another. *See* NECivR 7.1(c)(1) and (3).

The plaintiff's unauthorized second reply brief will be stricken. This case is closed.

IT IS ORDERED that the "Plaintiff's Counter-Argument to Defendant's Opposition to Preliminary Injunction" (filing 51) is stricken.

Dated this 29th day of December, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge